ROBIN J. BARBER
Nevada State Bar No. 2651
6655 W. Sahara Avenue, Suite B-200
Las Vegas, NV 89146
1729 Michaelwood Court
Saint Charles, MO 63303
636.493.0066

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re | ) CASE NO.: 2:14-CV-02224-APG |
| THOMAS J. GIBSON, | ) |
| Debtor | ) |

**MOTION FOR EXTENSION OF TIME TO FILE**
**DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES**

 Creditor Lisa J. Gibson, hereinafter "Creditor," by and through her attorney, Robin J. Barber, hereby moves for an extension of time to file the "Designation of Record On Appeal" and "Statement of Issues" pursuant to Federal Rules of Appellate Procedure (FRAP) 26(b).

POINTS AND AUTHORITIES

 FRAP 26(b) provides: "For good cause, the court may extend the time prescribed by these rules or by its order to perform any act, or may permit an act to be done after that time expires." While there are two exceptions to this provision, neither apply here.

 Creditor has appealed the bankruptcy court's 11 December 2014 order denying Creditor's Motion to Garnish Chapter 13 Trustee in Bankruptcy Case Number 12-19651-gs. Because this appeal involves a very limited issue and the record has many documents potentially with some mention of this issue, the relevance of which needs to be assessed, Creditor needs additional time to go through more than 400 pleadings and evidentiary documents in the underlying bankruptcy case.

There are multiple hearings as well, and upon information and belief, all transcripts have already been ordered, including §341 transcripts. Because of the sheer volume, and Creditor's intent to simplify the issues and limit the record, she requires additional time to compile the record and articulate the issues. In addition, Creditor's counsel has been ill during this holiday period. Despite this, Creditor's counsel has attempted to comply with this deadline but has been unable to do so.

Accordingly, Creditor requests an extension of nine days, until and including Friday, 16 January 2015, in which to file both the "Designation of Record On Appeal" and "Statement of Issues."

WHEREFORE, Creditor moves for an order extending the time in which to file both the "Designation of Record On Appeal" and "Statement of Issues."

DATED this 7th day of January 2015

/s/ *Robin J. Barber*
ROBIN J. BARBER, ESQ.
Nevada State Bar #2651
7472 West Sahara Avenue, Suite 101
Las Vegas, NV 89146
1729 Michaelwood Court
Saint Charles, MO 63303
636.493.0066 (no message service)
Attorney for Creditor Lisa J. Gibson

### ORDER

IT IS SO ORDERED.

DATED:   January 8, 2015.

ANDREW P. GORDON
DISTRICT COURT JUDGE

### CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Appellate Procedure 25(b) and (c), and Local Rule 5-1, I certify on the 07th day of January 2015, service of a true and correct copy of Creditor Lisa J. Gibson's MOTION

FOR EXTENSION OF TIME TO FILE DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES was made by depositing a true and correct copy thereof, with the U.S. Postal Service, first class postage pre-paid, to the parties as listed below:

Thomas J. Gibson, Esq.
880 Third Street
Pahrump, NV 89048

Kathleen A. Leavitt, Chapter 13 Trustee
201 Las Vegas Blvd., S., #200
Las Vegas, NV 89101

David A. Rosenberg, Chapter 7 Trustee
5030 Paradise Rd., #B-215
Las Vegas, NV 89119

/s/ Robin J. Barber
ROBIN J. BARBER, ESQ.