# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE THOMAS J. GIBSON,<br><br>　　　　Debtor.<br>──────────────────────<br><br>LISA J. GIBSON,<br><br>　　　　Appellant,<br><br>　v.<br><br>THOMAS J. GIBSON and U.S. TRUSTEE,<br><br>　　　　Appellees. | Case No. 2:14-cv-02224-APG<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　　IT IS ORDERED that appellant Lisa J. Gibson's opening brief is due on or before May 8, 2015.

　　　IT IS FURTHER ORDERED that any response brief must be filed on or before May 29, 2015.

　　　IT IS FURTHER ORDERED that any reply brief must be filed on or before June 9, 2015.

　　　DATED this 13th day of April, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE