ROBIN J. BARBER
Nevada State Bar No. 2651
6655 W. Sahara Avenue, Suite B-200
Las Vegas, NV 89146
1729 Michaelwood Court
Saint Charles, MO 63303
636.493.0066
Attorney for Creditor Lisa J. Gibson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re | CASE NO.: 2:14-CV-02224-APG |
| THOMAS J. GIBSON, | Hearing Date: |
| Debtor | Hearing Time: |
| | Hearing not requested |

### ORDER GRANTING CREDITOR LISA J. GIBSON'S MOTION TO HOLD BRIEFING IN ABEYANCE

Pursuant to Creditor Lisa J. Gibson's Motion to Hold Briefing in Abeyance, and good cause appearing therefore,

IT IS HEREBY ORDERED the briefing due in the above-encaptioned appeal is hereby held in abeyance.

IT IS FURTHER ORDERED Creditor Lisa J. Gibson shall file a status report the earlier of ten (10) days after notice of entry of the order on the bankruptcy court's decision on Creditor's Motion for Finding of Bad Faith pursuant to 11 U.S.C. §348 (Case No. BK-12-19651-gs) or 13 July 2015.

DATED this 29th day of June 2015.

UNITED STATES DISTRICT JUDGE

Respectfully submitted by
/s/ Robin J. Barber
ROBIN J. BARBER, ESQ.
Nevada State Bar #2651
Attorney for Creditor Lisa J. Gibson

1