**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

IN RE THOMAS J. GIBSON,

                 Debtor.

_____

LISA J. GIBSON,

                Appellant,

     v.

THOMAS J. GIBSON and U.S. TRUSTEE,

                Appellees.

Case No. 2:14-cv-02224-APG

**ORDER**

Creditor Lisa J. Gibson was ordered to file a status report the earlier of ten days after notice of entry of the order on the bankruptcy court's decision on Creditor's Motion for Finding of Bad Faith pursuant to 11 U.S.C. § 348 (Case No. BK-12-19651-gs) or July 13, 2015. (Dkt. #16.)  Nothing was filed.

IT IS THEREFORE ORDERED that Creditor Lisa J. Gibson shall file a status report on or before July 22, 2015.

DATED this 16th day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE