UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE THOMAS J. GIBSON,<br><br>　　　　Debtor.<br>_____<br><br>LISA J. GIBSON,<br><br>　　　　Appellant,<br><br>　v.<br><br>THOMAS J. GIBSON and U.S. TRUSTEE,<br><br>　　　　Appellees. | Case No. 2:14-cv-02224-APG<br><br>**ORDER** |

Creditor Lisa J. Gibson shall file a status report on the earlier of ten days after notice of entry of the order on the bankruptcy court's decision on Creditor's Motion for Finding of Bad Faith pursuant to 11 U.S.C. § 348 (Case No. BK-12-19651-gs) or September 9, 2015.

DATED this 23rd day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE