**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| IN RE THOMAS J. GIBSON,<br><br>            Debtor.<br><br>LISA J. GIBSON,<br><br>            Appellant,<br><br>    v.<br><br>THOMAS J. GIBSON and U.S. TRUSTEE,<br><br>            Appellees. | Case No. 2:14-cv-02224-APG<br><br>**ORDER FOR STATUS REPORT** |

      On March 28, 2016, Appellant Lisa J. Gibson filed a status report indicating she would move for consolidation of all appeals arising out of this bankruptcy proceeding. Over a month has passed and no motion for consolidation has been filed nor has the opening brief in this appeal been filed.

      IT IS THEREFORE ORDERED that Appellant Lisa J. Gibson shall file a status report on or before May 20, 2016.

      DATED this 3rd day of May, 2016.

_____<br>
ANDREW P. GORDON<br>
UNITED STATES DISTRICT JUDGE
